IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRYSON TYREESE TOMPKINS,

    Plaintiff,

  v.

TERESA GAIER, SALAM SYED,
ROBERT EASTERSON, RICHARD
COTTON, TRISHA ANDERSON,
JONATHAN C. BUSSIE, TERRENCE C.
JUDD, MICHAEL A. DITTMAN,
LINDSEY L. WALKER, AND RENEE A.
SCHUELER,

    Defendants.

Case No. 18-cv-446-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| s/ | 2/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |